396 A.2d 52

Commonwealth, Appellant, v. Stickle.

Submitted November 14, 1977. Jess D. Costa, District Attorney, for Commonwealth, appellant; Sigmund L. Bloom and I. C. Bloom, for appellee.

Order affirmed.

VAN der VOORT, J., dissented.

WATKINS, former P. J., and HOFFMAN, J., did not participate in the consideration or decision of this case.